## BROWN v. TRUCK INS. EXCHANGE

No. 291P91

Case below: 103 N.C.App. 59

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 September 1991.

## CASSADA v. CASSADA

No. 313P91

Case below: 103 N.C.App. 129

Petition by defendants (Cassada) for writ of certiorari to the North Carolina Court of Appeals denied 4 September 1991.

## CATES v. WILSON

No. 206P91

Case below: 101 N.C.App. 722

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 4 September 1991. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 September 1991.

## CHAMBERS v. N.C. MEMORIAL HOSPITAL

No. 297P91

Case below: 103 N.C.App. 170

Motion by defendant to dismiss appeal for lack of substantial constitutional question allowed 4 September 1991. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 September 1991.

## COLEMAN v. COOPER

No. 298P91

Case below: 102 N.C.App. 650

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 September 1991.